UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR RIOS, an individual,        ) | Case No.: 11-cv-04251-LHK |
|                                    ) | |
|            Plaintiff,              ) | ORDER CONTINUING CASE |
|     v.                             ) | MANAGEMENT CONFERENCE |
|                                    ) | |
| AVIALL, INIC. HEALTH AND WELFARE   ) | |
| PLAN; and LIFE INSURANCE COMPANY OF) | |
| NORTH AMERICA, a corporation,      ) | |
|                                    ) | |
|            Defendants.             ) | |
|                                    ) | |

On November 28, 2011, Plaintiff filed a Notice of Settlement advising the Court that the Parties have settled this matter, contingent upon the execution of a written settlement agreement, to be filed within 45 days from the date of the Notice of Settlement. Plaintiff also requested that the Court vacate all pending case schedule dates, including the Case Management Conference set for January 4, 2012, at 2:00 p.m.

Because the Parties have not yet filed a stipulation of dismissal, the Court will not vacate all pending dates. Instead, the Court continues the Case Management Conference from January 4, 2012, to Wednesday, January 25, 2012, at 2:00 p.m. By January 18, 2012, the Parties shall file either their Stipulation of Dismissal or a Joint Case Management Statement.

**IT IS SO ORDERED.**

1

Dated: November 29, 2011

_____
LUCY H. KOH
United States District Judge