| | |
|---|---|
| THORNTON DAVIDSON, No. 166487 | |
| thornton@erisalg.com | |
| ROBERT J. ROSATI, No. 112006 | |
| robert@erisalg.com | |
| ERISA Law Group LLP | |
| 2055 San Joaquin Street | |
| Fresno, California 93721 | |
| Telephone: 559-256-9800 | |
| Telefax: 559-256-9795 | |

Attorneys for Plaintiff, VICTOR RIOS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VICTOR RIOS, an individual, | Case No. 5:11-CV-04251-LHK |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a) AND [PROPOSED] ORDER** |
| v. | |
| AVIALL, INC. HEALTH AND WELFARE PLAN; and LIFE INSURANCE COMPANY OF NORTH AMERICA, a corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, VICTOR RIOS, Defendant, AVIALL, INC. HEALTH AND WELFARE PLAN, and Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA that the Parties agree to dismiss this action in its entirety as to all parties and with prejudice, pursuant to Fed.R.Civ.P. 41(a), each Party to bear its own fees and costs.

///

ERISA LAW GROUP LLP

Date: December 6, 2011  /s/ *Thornton Davidson*
THORNTON DAVIDSON, No. 166487
*thornton@erisalg.com*
2055 San Joaquin Street
Fresno, California 93721
Telephone: 559-256-9800
Telefax: 559-256-9795

Attorneys for Plaintiff,
VICTOR RIOS

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Date: December 6, 2011  /s/ *Shivani Nanda*
ADRIENNE C. PUBLICOVER
*adrienne.publicover@wilsonelser.com*
SHIVANI NANDA
*shivani.nada@wilsonelser.com*
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: 415-433-0990
Telefax: 415-434-1370

Attorneys for Defendants,
AVIALL, INC. HEALTH AND WELFARE
PLAN; and LIFE INSURANCE COMPANY OF
NORTH AMERICA

**IT IS SO ORDERED.**

Dated: December 7, 2011

_____
HONORABLE LUCY H. KOH
United States District Judge

---

STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a)
AND [PROPOSED] ORDER | 5:11-CV-04251-LHK

2