THORNTON DAVIDSON, No. 166487
thornton@erisalg.com
ROBERT J. ROSATI, No. 112006
robert@erisalg.com
ERISA Law Group LLP
2055 San Joaquin Street
Fresno, California 93721
Telephone: 559-256-9800
Telefax: 559-256-9795

Attorneys for Plaintiff, VICTOR RIOS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VICTOR RIOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AVIALL, INC. HEALTH AND WELFARE PLAN; and LIFE INSURANCE COMPANY OF NORTH AMERICA, a corporation,<br><br>Defendants. | Case No. 5:11-CV-04251-LHK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a) AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff, VICTOR RIOS, Defendant, AVIALL, INC. HEALTH AND WELFARE PLAN, and Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA that the Parties agree to dismiss this action in its entirety as to all parties and with prejudice, pursuant to Fed.R.Civ.P. 41(a), each Party to bear its own fees and costs.

///

ERISA LAW GROUP LLP

Date:   December 6, 2011            /s/   *Thornton Davidson*
                                    THORNTON DAVIDSON, No. 166487
                                    *thornton@erisalg.com*
                                    2055 San Joaquin Street
                                    Fresno, California 93721
                                    Telephone: 559-256-9800
                                    Telefax: 559-256-9795

                                    Attorneys for Plaintiff,
                                    VICTOR RIOS


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Date:   December 6, 2011            /s/   *Shivani Nanda*
                                    ADRIENNE C. PUBLICOVER
                                    *adrienne.publicover@wilsonelser.com*
                                    SHIVANI NANDA
                                    *shivani.nada@wilsonelser.com*
                                    525 Market Street, 17th Floor
                                    San Francisco, California 94105-2725
                                    Telephone:  415-433-0990
                                    Telefax:  415-434-1370

                                    Attorneys for Defendants,
                                    AVIALL, INC. HEALTH AND WELFARE
                                    PLAN; and LIFE INSURANCE COMPANY OF
                                    NORTH AMERICA


**IT IS SO ORDERED.**


Dated: December 7, 2011

                                    _____
                                    HONORABLE LUCY H. KOH
                                    United States District Judge

---

STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a)
AND [PROPOSED] ORDER | 5:11-CV-04251-LHK

2